# PROCESS RECEIPT AND RETURN

U.S. Department of Justice
United States Marshals Service

See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: DONALD JAMES ANSON | COURT CASE NUMBER: 1:07-CV-0035 |
| DEFENDANT: UNITED STATES OF AMERICA | TYPE OF PROCESS: FEDERAL TORT CLAIM |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: ATTORNEY GENERAL OF THE UNITED STATES, Washington DC

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): Main Justice Bldg 10th & Constitution NW, 20530

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

DONALD ANSON 12332-055
F.C.I. LORETTO UNIT E
P.O. BOX 1000
LORETTO, PA. 15940

- Number of process to be served with this Form - 285: 1
- Number of parties to be served in this case: 2
- Check for service on U.S.A.: X

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT

Donald J Anson

TELEPHONE NUMBER: 
DATE:

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. 55 | District to Serve No. 55 | Signature of Authorized USMS Deputy or Clerk | Date 4/24/07 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 5/8/07   Time: am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $8.00 | | | $8.00 | | |

REMARKS:

4/24/07 - Mailed        5/8/07 - Received

PRIOR EDITIONS MAY BE USED         **1. CLERK OF THE COURT**         FORM USM-285 (Rev. 12/15/80)

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General
Main Justice Bldg.
10th & Constitution NW
Washington, D.C. 20530

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _Samuel L Parker_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)  APR 27 2007   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

7006 2150 0004 0991 8709

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540