```
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____
DONALD JAMES ANSON,

                Plaintiff,                          07-CV-0035
        v.

UNITED STATES OF AMERICA,


                Defendant.


_____
```

**NOTICE OF APPEARANCE**

   **TO:  Clerk of the United States District Court
        for the Western District of New York**

You are hereby requested to enter my appearance as counsel for the defendants on the above-entitled action.

DATED:    Rochester, New York
          May 8, 2008

                                  Respectfully submitted,

                                  TERRANCE P. FLYNN
                                  United States Attorney for the
                                  Western District of New York


                        By:  <u>S/Christopher V. Taffe</u>
                              CHRISTOPHER V. TAFFE
                              Assistant United States Attorney
                              620 Federal Building
                              100 State Street
                              Rochester, New York 14614
                              Telephone: (585) 263-6760
                              Facsimile: (585) 263-6420
                              [Christopher.Taffe@usdoj.gov](mailto:Christopher.Taffe@usdoj.gov)