IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

DONALD JAMES ANSON,

       Plaintiff,

  v.

                                    **07-CV-0035**

UNITED STATES OF AMERICA,

       Defendant.

---

## **CERTIFICATE OF SERVICE**

    I hereby certify that I have mailed the foregoing (Notice of Appearance), by the United States Postal Service, to the following non-CM/ECF participant:

1. Donald James Anson
   12332-055
   FCI Loretto
   Unit E
   Box 1000
   Loretto, PA 15940

                                          S/Lou Ann E. Elsaesser
                                          LOU ANN E. ELSAESSER