Form 34 rev. 8/97

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

**DONALD ANSON, 12332-055,**

      Plaintiff(s),

v.

**UNITED STATES OF AMERICA,**

      Defendant(s),

**NOTICE, CONSENT, AND ORDER OF REFERENCE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

Case Number: 07-CV-0035A(Sr)

### NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. 636(c), and Fed.R.Civ.P.73, you are hereby notified that a United States Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

### CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. 636(c), and Fed.R.Civ.P.73, the parties in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

    Signatures               Party Represented           Date

_____  _____  _____

_____  _____  _____

_____  _____  _____

_____  _____  _____

### ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to United States Magistrate Judge **H. Kenneth Schroeder, Jr.** for all further proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c), Fed.R.Civ.P.73 and the foregoing consent of the parties.

_____  _____

UNITED STATES DISTRICT COURT JUDGE           DATE

**NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT <u>ONLY IF</u> ALL PARTIES HAVE CONSENTED <u>ON THIS FORM</u> TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.**