```
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____
```

DONALD JAMES ANSON,

        Plaintiff,                      **ANSWER**

    vs.                                **07-CV-0035 A(S)**

UNITED STATES OF AMERICA,

        Defendant.
_____

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 22, 2009, I electronically filed the foregoing Answer with the Clerk of the District Court using its CM/ECF system.

    I hereby certify that I have mailed the foregoing, by the United States Postal Service, to the following non-CM/ECF participants (plaintiff):

> **Donald James Anson**
> **12332-055**
> **FCI Loretto**
> **Unit E**
> **Box 1000**
> **Loretto, PA 15940**

                                                s/Jacqueline Markidis
                                                JACQUELINE MARKIDIS