PLEASE PLACE IN CASE FILE

RE: 09-CV-0035 RJA

4/21/09

Dear Mr. Taffe,

I am writing in regard to the deposition I gave on April 15th 2009.

Let me start by saying that I had had no sleep for almost 30 hours, nor any food for nearly 20. I also was not able to have my meds. I was very stressed out and mad about being moved around.

If I was curt, I appoligize.

I would like to clear-up a few matters that have since occurred to me.

When you asked if I had made any claims, other than those related to this case, against the government, I forgot to include two (2) seperate claims for unemployment insurance. One I think was in 1979, the other in 1983 or 84 I believe.

There was also a claim for false arrest on Grand Island that the appointed attorney had "preserved" but that my father and I refused to follow-up on. (I don't know if that would count). (Five days in jail)

There are also two (2) that I may bring in the future. One against F.C.I. Loretto's Medical, which is partly related to this case. (S.F. 95 filed in June or July of '08 I think), but I have not yet filed it with the court yet. Again I don't know if this would apply. The second may be against either Robert Smith, or the Federal Defenders Office (S.F. 95 filed in Oct. or Nov. of '08 I think, but they never acknowledged receipt) which also has not been actually filed in the court yet.

I also believe I forgot to mention a right ankle dislocation in 1973, and a pair of cracked ribs in 1976 (right side), when you asked about prior injuries. I'm sorry.

Also I found that I did have the second statement/affidavit I spoke of. I will mail a copy as soon as I get a chance.

Again, I appoligize if I was upset. But you don't know the stress caused by being moved, espicially to Monroe County Jail.

Lastly the broken arm I mentioned from 6th grade might have had doc bill paid by the Roch. School Dist. But I don't know I was 11 or 12. (No law suit)

Donald Anken 12332-055
Youngstown, Ohio.

C.C. Mag. Schroeder
w/ cert of mail

① Hand Copy

[Stamp: United States District Court Filed Apr 23 2009 Michael J. Roemer, Clerk, Western District of NY]

# CERT OF MAILING

I CERTIFY THAT ON APRIL 21, 2009, I MAILED A COPY OF THIS LETTER VIA FIRST CLASS MAIL TO THE FOLLOWING PARTIES AT THE ADDRESSES LISTED BELOW

MR. C. TAFFE ASST. U.S. ATT.  
U.S. FEDERAL COURTHOUSE  
ROOM 620  
100 STATE STREET  
ROCHESTER, N.Y. 14614

CLERK OF THE COURT  
ATTN/MAG SCHROEDER  
U.S. FEDERAL COURTHOUSE  
68 COURT STREET  
BUFFALO, N.Y. 14202

I CERTIFY THAT THESE LETTERS WERE PLACED IN THE PRISON MAIL BOX FOR FORWARDING TO THE ABOVE ADDRESSES ON APRIL 21, 2009. I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT, 28 U.S.C. § 1746

*Donald [signature]*

4/21/09

Donald Anson  
12332-055  
N.E.O.C.C.  
2240 HUBBARD ROAD  
YOUNGSTOWN, OHIO  
44505