U.S. DISTRICT COURT FOR
WESTERN DISTRICT OF NEW YORK

DONALD ANSON
          PLAINTIFF
    V.                              DOCKET # 1:07-CV-00035
UNITED STATES OF AMERICA
          DEFENDANT

MOTION TO ASK THE COURT TO INTERVIEN ON BEHALF OF PLAINTIFF, AND ORDER HE BE RETURNED TO LORETTO, P.A. AND PUT AN END TO THE DIESEL THEROPY AS SOON AS POSSIBLE — OR IN THE ALTERNITIVE TO ORDER N.E.O.C.C. OR WHAT EVER FACILITY IS HOLDING PLAINTIFF TO MAKE AVAILABLE THE MEDICATION AS LAST PRESCRIPED BY HIS MEDICAL PROVIDER AT LORETTO, PA.

UNITED STATES DISTRICT COURT FILED MAY 19 2009 MICHAEL J. ROEMER, CLERK WESTERN DISTRICT OF NY

THE PLAINTIFF WAS MOVED FROM F.C.I. LORETTO, BY THE U.S. MARSHALS IN ORDER TO BE DEPOSED BY ASST. U.S. ATTORNEY TAFFE ON 4/14/09.

THE PLAINTIFF GAVE HIS DEPOSITION, UNDER PROTEST, ON 4/15/09.

IT IS NOW 5/10/09 AND PLAINTIFF HAS STILL NOT BEEN RETURNED TO F.C.I. LORETTO, THE FACILITY TO WHICH HE WAS DESIGNATED.

SOMETIME BETWEEN 4/14/09 AND 4/17/09 THE PLAINTIFF'S EYE GLASSES AND MEDICAL RECORDS WERE LOST BY THE U.S. MARSHALS OR THEIR CONTRACTED AGENT N.E.O.C.C.

THIS HAS LEFT PLAINTIFF WITHOUT PRESCRIBED PAIN AND ANTI-INFLAMITORY MEDICATIONS SINCE 4/14/09 (ALMOST A MONTH NOW) AND WITHOUT HIS EYEGLASSES.

IN ADDITION PLAINTIFF IS BEING HELD WHERE HE HAS NO ACCESS TO AN ADAQUAIT LAW LIBRARY WHICH HAS INTERFERED WITH HIS ABILITY TO WORK ON THIS CASE AS WELL AS HIS CRIMINAL CASE'S 2255 WHICH HAS A TIME LIMIT FOR FILING.

THE PLAINTIFF IS ALSO BEING HOUSED IN A FACIL-

ity which has conditions that are far below the facility to which he has been designated.

- Poor food, despite the "printed" menu
- No law library (a few books + 2 computers with read only capability and lacking most material)
- Limited access to that so-called law library
- Only 1 or, sometimes, 2 hours of rec.
- Over crowding — sometimes 3 inmates per cell
- Very poor medical
- No towels for over two weeks or shower shoes for three weeks — told to ~~be abl to~~ share with other inmates
- Copies + legal mail hard to obtain with over a weeks wait at times.
- Frequent lock downs, counts, inspections.
- Unsafe noise levels
- No access to T.V. Can watch, but can't hear because they supply radios to listen to TVs but only one set of batteries (which last 6-7 hours) and no replacements.
- And much much more.

I therefor ask the court to order my return to Loretto. I was brought from Loretto to Rochester directly, I don't see why I could not be returned the same way. Instead I went to Buffalo to Batavia back to Buffalo and now to Youngstown, probably 2 to 3 times the distance to get me from Rochester to Loretto, and I'm further away now.

I also find it hard to believe that the loss of my medical records, and eyeglasses, was merely "coincidental". This 'loss' has led to not only my being in increased pain but led to confrontations in Monroe County, and a great deal of hassel here at Youngstown.

I need the meds. and eye glasses, and I need to be able to work on my 2255 as well as my civil cases. This is unfair, though just what I told the court would would happen. (see Doc #41 + #44 + letter 3/2/09)

As Mr. Taffe said he would arrange transportation I feel he should be as responsible as the defendants in ~~this~~ this abuse of the court system. ② Donald J T___

# CERTIFICATE OF SERVICE

I CERTIFY THAT ON 5/11/2009, I MAILED A COPY OF <u>MOTION TO END DRESTIC THERAPY + ORDER MEDS</u> VIA FIRST CLASS MAIL TO THE FOLLOWING PARTIES AT THE ADDRESSES LISTED BELOW:

CLERK OF THE COURT
U.S. FEDERAL COURTHOUSE
68 COURT STREET
BUFFALO, N.Y. 14202

— AND —

ASST. U.S. ATTORNEY C. TAFFE
U.S. FEDERAL COURTHOUSE  ROOM 620
100 STATE STREET
ROCHESTER, N.Y. 14614

I CERTIFY THAT THESE DOCUMENTS WERE HANDED TO PRISON STAFF (MR. MCHUGH) FOR FORWARDING TO THE ABOVE ADDRESSES ON 5/11/2009.

I CERTIFY THAT THE FOREGOING IS TRUE AND CORRECT, UNDER PENALTY OF PERJURY. 28 U.S.C. § 1746

5/11/2009 DATED            David / A———  PRO-SE