IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

DONALD JAMES ANSON,

        Plaintiff,

     -v-                      07-CV-00035A
UNITED STATES OF AMERICA and
UNITED STATES MARSHALS SERVICE,

        Defendants.

_____

### **NOTICE OF APPEARANCE**

    **TO:  Clerk of the United States District Court
        for the Western District of New York**

     You are hereby requested to remove Christopher Taffe as
counsel for the defendants and enter my appearance as counsel for
the defendants in the above-entitled action.

    DATED:  Buffalo, New York, July 16, 2009.

                            KATHLEEN M. MEHLTRETTER
                            Acting United States Attorney

                      BY:  /s/KEVIN D. ROBINSON
                            Assistant United States Attorney
                            United States Attorney's Office
                            Western District of New York
                            138 Delaware Avenue
                            Buffalo, New York 14202
                            716-843-5700, Ext. 804
                            kevin.d.robinson@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

DONALD JAMES ANSON,

        Plaintiff,

      -v-                            07-CV-00035A
UNITED STATES OF AMERICA and
UNITED STATES MARSHALS SERVICE,

        Defendants.

_____

## CERTIFICATE OF SERVICE

    I hereby certify that on July 16, 2009, I electronically filed the foregoing **NOTICE OF APPEARANCE OF KEVIN D. ROBINSON,** with the Clerk of the District Court using its CM/ECF system.  I further certify that on July 16, 2009, that I mailed the foregoing **NOTICE OF APPEARANCE OF KEVIN D. ROBINSON**, using the United States Postal Service to the following non-CM/ECF participant in this case:

    1.    FCI LORETTO, (PRO SE)
        Unit E
        Box 1000
        Loretto, PA 15940

                                 /s/MARQUITTA R. WHITEHEAD
                                 Legal Assistant