IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

DONALD JAMES ANSON,

        Plaintiff,

        v                07-CV-00035 A(S)

UNITED STATES OF AMERICA,

        Defendant.

_____

### CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2009, I electronically filed the foregoing **AMENDED ANSWER**, with the Clerk of the District Court using its CM/ECF system.

I further certify that on October 15, 2009, I mailed a copy of the foregoing **AMENDED ANSWER** by the United States Postal Service, to the following non-CM/ECF participant:

Donald James Anson 12332-055
FCI Loretto
P.O. Box 1000
Loretto, PA 15940

                                   S/MAE E. JACKSON
                                   Legal Assistant