COURTS COPY
RESIGNED IN INK
W/ CERT. OF MAIL

DONALD JAMES ANSON

PLAINTIFF

V.

UNITED STATES OF AMERICA

DEFENDANT

07-CV-0035

UNITED STATES DISTRICT COURT
FILED
FEB 8 2010
[CLERK]
WESTERN DISTRICT OF NY

PLAINTIFF'S ANSWERS TO THE DEFENDANT'S INTERROGATORIES

THE PLAINTIFF OFFERS THE FOLLOWING ANSWERS TO THE INTERROGATORIES, DATED JANUARY 11, 2010. THE PLAINTIFF'S ANSWERS ARE MADE TO THE BEST OF HIS ABILITY, CONSIDERING THE RESORCES AVAILABLE TO HIM, HIS ABILITY TO AQUIRE INFORMATION, HIS LACK OF FUNDS, AND THE EFFECT OF TIME (50 YEARS) ON HIS MEMORY OF TRIVIAL AND MEANINGLESS EVENTS.

I, DONALD JAMES ANSON, HEREBY STATES UNDER PENALTY OF PERJURY PURSUANT TO 28. U.S.C § 1746, THAT THE FOLLOWING IS TRUE AND ACCURATE TO THE BEST OF HIS KNOWLEDLE AND MEMORY.

1) KINDERGARDEN, LONGRIDGE PRE SCHOOL, GREECE N.Y. (1960)
1ST - 5TH, BARNARD ELEM. SCHOOL, STOWE RD, GREECE NY (1961-65)
5TH - 6TH, #42 SCHOOL, LAKE AVE, ROCH. N.Y. (1965-67) MOVED PARTWAY THROUGH 5TH

(1)

7th-10th, CHARLOTTE JR.-SR. HIGH, LAKE AVE, ROCH. N.Y. (1967-71)

11th-12th, JOHN MARSHAL HIGH, RIDGEWAY AVE, ROCH. N.Y. (1971-73)

VOCATIONAL - ROCH. TOOLING + MACHINING INST. ROCH. N.Y. (@ 1984)

2) 1973-80, ROCH. RUBBER FOOTWARE, PARKWAY, ROCH. N.Y.

80-81, KODAK, KODAK PARK, ROCH. N.Y.

81-82, McDONALDS, PINE AVE, NIAGRA FALLS, N.Y.

FROM 82 - PRESENT, I HAVE TO ESTIMATE THE DATES AND LIST ONLY THE MAJOR JOBS, AS THERE SO MANY JOB, I HAVE NO ACCESS TO RECORDS, AND IT WAS NOT IMPORTANT ENOUGH TO KEEP TRACK OF IN THE PAST.

82-PRESENT   TAPE-TEX CORP. COMMERCE DR. HENREITTA, N.Y.

                  M-BEX CORP. DEWEY AVE, ROCH. N.Y.

                  PRODUCTION METAL CUTTING, CURLEW ST, ROCH. N.Y.

                  SEVERAL TEMP AGENCIES, ETS STAFFING, MANPOWER

                  SEVERAL ONSITE CONSTRUCTION JOBS

                  5 YEARS AT CHAMBERLIN RUBBER CO., BRIGHTON-HENRIETTA TOWN LINE RD. (2 SEPERATE TIMES)

UNEMPLOYMENT, APPLIED 3 TIMES, RECEIVED IT TWICE,

        @ 1984 AND 86 - THEY ARRANGED THE VOCATIONL SCH.

DISABILITY - NONE

3) NONE

4) AGAIN, PLAINTIFF HAS NO RECORDS BUT OFFERS THE FOLLOWING.

FAMILY DR. (NOONAN) DID AROUND 1966 AND I HAD NO REGULAR DR. SINCE THAT TIME. THE ONLY MEDICAL PEOPLE PLAINTIFF SAW AFTER THAT TIME WOULD BE :

(2)

- Rochester General Hospital, Roch. N.Y., for an emergency visit in 1973 for an ankle sprain
- Parkridge Hospital, Roch. N.Y. for an emergency room visit for a broken finger. In mid 1980's
- Falson Med. Center, Brighton-Henrietta Town Line Rd for cut finger stiches (work acc'd.) in 2000-01.
- Job Physicals at Kodak (@1981) and Chamberlin Rubber Co. (@1999-2000).
- Prison intake screenings in Miamia, FL., Atlanta, GA., Batavia, N.Y., Youngstown, Ohio, Loretto PA.

    I have no records of the staffs names other than at the prisons

    Batavia - Lt. Doody, Capt. Bailey, Mr. Miller

    Miamia - unknow   Youngstown Ohio  Md. Hall

For chiropractor, psychologist, therapist, osteopath, or others I know of none, unless part of the emergency treatment staff as listed in above, and I would have no way to know.

I also under-went intake screening through the B.O.P. which were assembly line proceedurs with-out any introductions.

    ~~~~ Lt. Doody and Lt. Miller did the intake for B.F.D.F. Batavia, P.A. Golden here at F.C.I. Loretto. For dental, my childhood dentist passed away in the 60's and except for 1 extraction in mid 1980's I have not seen a dentist except B.O.P. screenings, and for

(3)

BROKEN TOOTH IN B.F.D.F (NOELIE ARMBRUST). ANY NAMES OR ADDRESS I HAVE ACCESS TO WOULD BE THOSE PROVIDED BY THE DEFENDANTS THEMSELVES, AND ALL WOULD BE EMPLOYEES OF THE DEFENDANTS.

5) NONE, THAT PLAINTIFF IS AWARE OF EXCEPT POOR TEETH. (SEVERAL BROKEN)

6) PLAINTIFF HAS NO ACCESS TO THIS INFORMATION AT THIS TIME, BUT IS TRING TO OBTAIN IT.

7) THE INJURY IS TOO THE PLAINTIFF'S LEFT SHOULDER, THE EXACT NATURE HAS NEVER BEEN STATED AND THAT IS AN ISSUE IN THE CLAIM. THE DURATION IS ON GOING.

8) TWO OTHER CIVIL ACTIONS
   1.) ANSON V BAILEY, 1:06-CV-00394, WESTERN N.Y. DISTRICT COURT, DISMISSED - FILING ERROR
   2.) ANSON V. CORRECTION CORP OF AMERICA, OHIO DIST. COURT 4:06-CV-1672, DISMISSED WITHOUT PREJUDICE

OTHER THAN THE CURRENT CRIMINAL CASE FOR WHICH THE PLAINTIFF IS INCARCERATED, AND WHICH IS CURRENTLY UNDER 2ND DIRECT APPEAL (DOC# 09-2388-CR)
   1.) DOC# 03-CF-001, ILLINOIS STATE, DISMISSED 'NOLLE PROSQUI'
   2.) @1982 10 DAY SENTENCE FOR IGNORING TRAFFIC TICKET.
   3.) @1984 ARREST FOR DRIVING WHILE SUSPENDED - DROPED NEVER SUSPENDED
   ASST. TRAFFIC TICKETS IN 1980'S - NO ACCESS TO RECORDS

9) USUAL WORK - MOST WORK I HAVE PREFORMED HAD A MENIAL COMPONET - LIKE WAREHOUSE WORK, FRAMING CARPENTER, MAJON LABOR ECT.

SOCIAL - BASEBALL, FOOTBALL, BASKETBALL, WEIGH-LIFTING
PERSONAL - NOT TO BE CRUDE BUT SEX WILL BE LIMITED
HOBBIES - RUNNING, SWIMMING, BACKPACKING, CANOING

TENNIS, GOLF, AUTO MECH. (OLD CARS), MOTORCYCLEING.

IT APPEARS THAT THE DURATION FOR MOST IF NOT ALL OF THE ABOVE MAY BE FOREVER.

10) AS A CHILD I WOULD HAVE BEEN COVERED BY MY DADS MEDICAL COVERAGE. FOR MY BROKEN ARM 1962 THE SCHOOL MAY HAVE PAID (SPORTS ACCIDENT AT SCHOOL) BUT I DO NOT KNOW FOR SURE. FOR STICHES TO MY FINGER (ON JOB INJURY) MY EMPLOYER MAY HAVE PAID OUT OF HIS OWN POCKET. THE JOB CHAMBERLIN RUBBER CO. HAD BLUE CROSS + BLUE SHIELD COVERAGE FOR US BUT I DO NOT RECALL FILING ANY CLAIM PAPERS.

WITH REGARD TO THIS CLAIM I FILED OR RECEIVED NO CLAIMS OR MONEY.

11) IS NOT A QUESTION SO I CAN OFFER NO WRITTEN ANSWER

12) 2000 - 2002  BLUE CROSS BLUE SHIELD THROUGH CHAMBERLIN RUBBER CO.

2000 - 2004  AUTO INSURANCE HAD MEDICAL COVERAGE AS DID MY TRIPLE A AUTO CLUB

2000 - 2005  HOME-OWNERS POLICY FOR INJURIES AT HOME I THINK

13) NO

14) NO

15) AS STATED IN THE CLAIM, THE U.S. MARSHALS CHANGED THE NORMAL LOADING PROCEDURE FOR THE VEHICLE. THEY DID NOT MAKE USE OF THE SAFTY FEATURES INSTALLED

(5)

in the vehicle (E-Z entry seat), I believe that they disregarded the vehicle manufactures recomended loading procedure. I also believe there are issues regarding diagnoses and care.

16) Plaintiff is currently seeking legal aid to determine this, but at this time, and subject to change, offers:
   a) Loss of earnings        20,000
   b) Pain + suffering       125,000
   c) Mental anguish         125,000
   d) Medical care           125,000
   e) Value of medical care, future medical care, future pain + suffering, loss of worth, loss of future earnings, shortened life span, loss of quality of life, and punitive damages        125,000

17) Plaintiff has no access to New York State laws at this time so can not answer this at this time.

The plaintiff appoligizes for the inexactness of his answers, espicially in regard to work and medical history. The plaintiff has had very minimal medical interaction prior to the incident. No 'check-ups' and no treatment except for emergency service. I also kept little track of employment. Jobs were easy to get and I changed them often.

Dated 1/25/10

Donald [signature]

Donald [signature] 1/26/10

(6)

RE 07-CV-0030

Dear Mr. Robinson,                                              2/3/10

To try and comply with the ongoing discovery sharing, and to help in the locating and identification of witnesses, I am enclosing with my answers to your interrogatories of 1/11/10, a copy of a letter from a witness to certain facts related to this case, from Nickolas Musa (not sure of spelling). His name and address may be available to you through his alien number (#97916623). He is most likely in Canada, or Egypt.

I would also like to provide the name and U.S. Marshal # of the person I spoke to upon my return to B.F.D.F. on the date of the incident.

Joe Detteles #12964-055 - last known address 123 Bidwell Parkway, Buffalo N.Y. - but may have moved or still be incarcerated.

I hope this helps comply with the spirit of discovery sharing, and the Courts requirements.

*[signature]* 2/3/10

*[signature]*

Donald Anson 12332-055

F.C.I Loretto
P.O. Box 1000
Loretto, PA 15840

*Copy of letter: from Nickolas Musa A #97916623 to aid in identification and location (B.F.D.F. Detainee + witness)*

Batavia on 8-26-2005
Hi Mike:
Hi Don:

This is the address of the Director Accreditation that we talked about it last Sunday to send it to Don ASAP to tell them about his health complaint. which I believe was the reason to sent him out on 8-15-2005, Just on the same day they posted this ad on the "internal board for any health complaints.

Director Accrediditation,

NATIONAL Commission Correctional Health Care,

1145 W. Divesey Pkwy.
Chicago, IL, 60614-1318
Tel. (773) 880-1460, Fax (773) 880-2424

Good Luck Don.    Nick - C1-158
                  A-97916623

## CERTIFICATE OF SERVICE

I certify that on FEB 3RD, 2010, I mailed a copy of ~~this brief~~ THE LISTED ITEMS and all attachments via first class mail, to the following parties at the address(es) listed below:

① PLAINTIFF'S ANSWER TO DEFENDANTS INTERROGATORIES (1/11/2010)
② LETTER FROM NICKOLAS MUSA (POTENTIAL WITNESS WITH HIS ALIEN # FOR LOCATION
③ NAMES OF POSSIBLE WITNESS AND U.S. MARSHAL NUMBERS FOR AID IN LOCATING

CLERK OF THE COURT
U.S. FEDERAL COURTHOUSE
68 COURT STREET
BUFFALO, N.Y. 14202

KEVIN D. ROBINSON
ASST. U.S. ATTORNEY
U.S. ATTORNEY'S OFFICE
138 DELAWARE AVE,
BUFFALO, N.Y. 14202

## PROOF OF SERVICE FOR INSTITUTIONALIZED OR INCARCERATED LITIGANTS

I certify that this document was given to prison officials on this 3RD day of FEB, 2010, for forwarding to the FEDERAL DISTRICT Court for the WESTERN DISTRICT OF NEW YORK. I certify under the penalty of perjury that the foregoing is true and correct. 28 U.S.C. §1746.

Dated this 3RD day of FEB, 2010.

(Signature)
DONALD ANSON
Reg. # 12332-055
Box 1000
Loretto, PA 15940