UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF NEW YORK

Donald Anson
        Plaintiff
    v.
United States of America
        Defendants

Docket # 07-CY-00035



FILED APR 30 2010 MICHAEL J. ROEMER, CLERK WESTERN DISTRICT OF NY

Reply to Defendants Response to Motion for Order to Compell Disclosure and Discovery (Docket #71)

In reply to the Defendant's 'Response' (Doc #73) to the Plaintiff's Motion, requesting the Court to issue an order to compell discovery, and impose sanctions, the Plaintiff asks the Court to consider the following, in making it's decision on the motion (Doc #71).

1). The Defendants state, in their 'Response,' that they have forwarded my 'Notice to Produce' (Doc #64, 1/22/10) to the U.S. Marshals for their response. They do <u>not</u> say when the notice was forwarded. Was it done shortly after the U.S. Attorney's Office received the 'Notice', or was it after the motion asking the Court to com-

pell discovery and apply sanctions that it was done. (What about the items requested from the Buffalo Fed. Det. Facility and the Immigration Service? Will there be another delay because the Marshals won't have access to those?).

2). The defendants claim it was "a lengthy request" (Doc #73, P.1). However, the information is not that 'lengthy' as a review of the 'Notice' (Doc # 64) will show. In fact it is far, far less material than the defendant's own request was for. (See Def. Notice to Produce 1/11/10, and Plaintiff's Objection Doc #66, 2/2/10).

3). The Plaintiff's 'Notice to Produce' listed with 'reasonable particularity' (Civil R. of Proc. 34(b)(i)(A) and stated the relevancy of each item requested, and the Defendant's raised no timely objection to any of the requested material.

4). That some of the requested items are the same ones the Court previously ordered be turned over by "no later than February 27, 2009" (Doc #39, 1/27/09) over a year ago. (The defendants, in a letter dated 3/12/09 to the Court, acknowledged they violated that order, and FALSELY claimed "no such documents exist.")

5). Several of the requested materials were already in the U.S. Attorney's possession as of the 4/15/09, Deposition. (See Deposition page 50, L.13 to 25;

PAGE 55, L. 12 TO 14; PAGE 59, L. 11 TO 22). YET, DESPITE PROMISES, OVER A YEAR LATER, NOTHING HAS BEEN SENT.

6). PLAINTIFF HAS, IN THE PAST, POINTED OUT MULTIPLE ACTS OF 'BAD FAITH' ON THE DEFENDANT'S PART BUT THE COURT HAS IGNORED THEM IN THE PAST, SO PLAINTIFF WILL NOT REPEAT THEM BUT SIMPLY POINT TO THE 'RECORD' OF THIS CASE.

7). THAT THIS CASE HAS DRAGED ON FOR NEARLY (5) FIVE YEARS, AND THE LONGER IT IS DELAYED THE HARDER IT IS TO OBTAIN EVIDENCE AND LOCATE WITNESSES.

8). LASTLY, THE FACT THAT OVER (3) THREE MONTHS HAS ELIPSED SINCE THE 'NOTICE TO PRODUCE', AND 3½ YEARS SINCE SOME ITEMS WERE REQUESTED, YET NOT ONE IOTA OF THE REQUESTED MATERIAL HAS BEEN PRODUCED BY THE DEFENDANTS. NOT EVEN THOSE ITEMS THE U.S. ATTORNEY'S OFFICE CLAIMED TO HAVE IN ITS POSSESSION ALMOST A YEAR AGO.

THERE-FORE THE PLAINTIFF ASKS THE COURT TO GRANT HIS MOTION REQUESTING A 'DEMAND TO PRODUCE', AS WELL AS IMPOSSING ALL REQUESTED SANCTIONS, AND THOSE OTHER SANCTIONS THE COURT DEAMS REASONABLE AND JUST.

4/22/10

*David J. T...*

## CERTIFICATE OF SERVICE

I certify that on <u>APRIL 27TH</u>, 20<u>10</u>, I mailed a copy of this ~~brief~~ REPLY and all attachments via first class mail, to the following parties at the address(es) listed below:

CLERK OF THE COURT
U.S. FEDERAL COURTHOUSE
68 COURT STREET
BUFFALO, N.Y. 14202

+

A.U.S.A. KEVIN ROBINSON
U.S. ATTORNEY'S OFFICE
138 DELAWARE AVE.
BUFFALO, N.Y. 14202

## PROOF OF SERVICE FOR INSTITUTIONALIZED OR INCARCERATED LITIGANTS

I certify that this document was given to prison officials on this <u>27TH</u> day of <u>APRIL</u>, 20<u>10</u>, for forwarding to the <u>U.S. DISTRICT</u> Court for the <u>WESTERN DISTRICT OF NEW YORK</u>. I certify under the penalty of perjury that the foregoing is true and correct. 28 U.S.C. §1746.

Dated this 27TH day of <u>APRIL</u>, 20<u>10</u>.

(Signature)
DONALD ANSON
Reg. # 12332-055
Box 1000
Loretto, PA 15940