RE: 1:07-CV-00035

Dear Magistrate Schroeder                                6/10/10

I am writing to bring to your attention a problem that has arisen with my ability to handle the civil case before you. (Docket 1:07-CV-0035)

I have recently been moved to the SHU for investigation for a fight with another inmate, (I was assulted). It could be more than a month before they even begin their investigation, though I will be seeking an outside criminal investigation for the assult.

The reason I'm informing you, is that I will have no phone access for a month, then only (1) one call per month. (The call scheduled for July may still be allowed, I'm not sure.)

I, however, am only being given a very small amount of legal material - despite your order (Doc #38) and despite the facility's own policy to allow - active case legal material. I will of-course challange this breach of policy, but that will take several months to do.

I also will, despite policy, have less than (1) one hour a week access to the law-library I'm told. In addition copies will only be

(1)

UNITED STATES DISTRICT COURT
FILED
JUN 17 2010
MICHAEL J. ROEMER, CLERK
WESTERN DISTRICT OF NY

AVAILABLE WITH LONG DELAYS.

I WOULD THEREFORE ASK YOU TO RE-CONSIDER MY REQUEST FOR AN ATTORNEY, OR TO RE-SET THE SCHEDULING ORDER TO REFLECT THE PROBLEMS DESCRIBED.

WITH REGARD TO THE UP-COMING PHONE CONFERENCE/SETTLEMENT CONFRENCE, PLEASE BE AWARE THAT I HAD FOUND CASE LAW TO SUPPORT MY CLAIMS FOR CERTAIN DAMAGES, IE VALUE <u>NOT COST</u> OF MEDICAL SERVICES, THAT THE DEFENDANT'S, SINCE THEY LIMITED AND FORCED THE 'HEALTH CARE PERSONEL' ON ME, ARE LIBALE FOR THEIR MISS-DIAGNOSES, PROBLEMS WITH MEDICATIONS (REACTIONS, LAPSES, ECT), AND RELATED MEDICAL ISSUES, AS WELL AS MANY OTHER AREAS OF DAMAGES I'M ENTITLED TO SEEK. (THOUGH THAT MATERIAL HAS BEEN TAKEN FROM ME AT PRESENT). SO I WOULD NOT BE WILLING TO CHANGE MY SETTLEMENT DEMANDS, EXCEPT TO RAISE THE AMOUNT, AND THE SETTLEMENT CONFERENCE (3RD) (4th SCHEDULED) SEEMS TO BE A WASTE OF TIME, MONEY, AND EFFORT SO I WOULD RESPECTFULLY ASK, THAT SINCE THE GOVERNMENT WAS UNPREPAIRED TO MAKE ANY OFFER AT THE FIRST THREE CONFERENCES, THAT WE FOR-GO THE JULY CONFERENCE CALL.

With regard to discovery matters. I have not received even one item from those requested in my 'Notice to Produce' of 1/21/10 (six months ago) In addition the mail room said nothing received from the U.S. Att. was ever returned or disgaurded, since my return here in Sept. 09.

I have no access to copies at this time so I can not provide a copy to A.U.S.A. Taffe, however I would ask that a copy of this letter be placed in the case file / public record.

Thank you

Respectfully

David

Donald Anson 12332-055
F.C.I. Loretto
P.O. Box 1000
Loretto, PA 15940

P.S. Sorry for using a pencil, but despite policy allowing for flex pens in SHU, the facility has none to issue at this time.