U.S. DISTRICT COURT FOR THE
WESTERN DISTRICT ON NEW YORK

Donald Anson
  Plaintiff

v.        Docket 1:07-CV-0035

United States of America
  Defendant

Ex-Parte

Motion to Reconsider the Court's (DOC#85 7/16/10) of Plaintiff's Motion (DOC#83) Requesting Action Be Taken Regarding F.C.I. Loretto's Interfearance With This Case, By Denying Plaintiff Access To The Material For This Case, In Direct Violation Of This Court's Own Order (DOC#38).

 In the Court's Text Order, it states the reason for terminating the motion is; "...Because the Court cannot respond to general complaints about an inmate's treatment that are unrelated to the causes of action..."

 The Plaintiff would respectfully submit, that denying the Plaintiff access to the legal materials (from 6/8 till present) for this very case and there-by preventing Plaintiff from being able to properly proceed with this case, and doing so in direct violation of this Court's own Order (DOC#38) makes both the violation and the requested Court response fully "related" to this case.

 In addition, since the issue of the Government, through its agency's (U.S. Marshal, B.O.P., U.S. Attorney), retaileating against Plaintiff has previously been raised and will be part of the 'case' it becomes further related to this case in particular.

 Plaintiff there-fore asks for reconcideration of the Court's Order (DOC#85).

7/21/10           Donald Anson

FILED JUL 23 2010 MICHAEL J. ROEMER, CLERK, WESTERN DISTRICT OF NY

# CERTIFICATE OF SERVICE

I certify that on July 21ST, 2000, I mailed a copy of this ~~brief~~ HAND MOTION and all attachments via first class mail, to the following parties at the address(s) listed below:

CLERK OF THE COURT
U.S. FEDERAL COURTHOUSE
68 COURT STREET
BUFFALO, N.Y. 14202-3498

AS EX-PARTE MOTION
NO COPY WAS SENT TO
U.S. ATTORNEY'S OFFICE

## PROOF OF SERVICE FOR INSTITUTIONALIZED OR INCARCERATED LITIGANTS

I certify that this document was given to prison officials on this 21ST day of July, 2000, for forwarding to the U.S. DISTRICT Court for the WESTERN DIST. OF NEW YORK. I certify under the penalty of perjury that the foregoing is true and correct. 28 U.S.C. §1746.

Dated this 21ST day of July, 2000.

(Signature)
DONALD ANSON
Reg. # 12332-055
Box 1000
Loretto, PA 15940