IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

DONALD JAMES ANSON,

        Plaintiff,

        v                            07-CV-00035

UNITED STATES OF AMERICA,

        Defendant.
_____

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2010, I electronically filed the foregoing **RESPONSE TO PLAINTIFF'S MOTION TO COMPEL AN ANSWER TO PLAINTIFF'S INTERROGATORIES (DOCKET #77)**, with the Clerk of the District Court using its CM/ECF system.

I further certify that on September 9, 2010, I mailed a copy of the foregoing **RESPONSE TO PLAINTIFF'S MOTION TO COMPEL AN ANSWER TO PLAINTIFF'S INTERROGATORIES (DOCKET #77)** by the United States Postal Service, to the following non-CM/ECF participant:

Donald James Anson 12332-055
FCI Loretto
P.O. Box 1000
Loretto, PA 15940

                                                  s/MAE E. JACKSON
                                                  Legal Assistant