

RE: DOCKET # 1:07-CV-0035

4/5/11

Dear Clerk of the Court

Please, place the inclosed copy of the letter, dated 4/4/11, into the case file/record to allow a more accurate case review by Judge Arcara, or the 2nd Circuit.

Thank you

Respectfully

Donald Anson 12332-055

F.C.I. Loretto

P.O. Box 1000

Loretto, PA. 15940



## Certificate of Service

I certify that on April 5th, 2011, I mailed a copy of this letter, dated 4/4/11, via first class mail to the following parties at the addresses listed below:

Kevin Robinson, A.U.S.A.
U.S. Attorney Building
138 Delaware Ave.
Buffalo, N.Y. 14202

Clerk of the Court
U.S. Federal Courthouse
68 Court Street
Buffalo, N.Y. 14202

Signed: _____

Dated: 4/5/11

RE: 1:09-CV-0055

Dear A.U.S.A. Robinson                                                4/4/11

I received your 'Discovery Reply' dated 3/29/11 and would like to respond.

First, there were issues which you seem to have completly ignored. Such as address for those B.F.D.F. staff members listed on the request, as well as the name and address of the B.F.D.F. staff working the evening of 4/13/05, in processing area, (to which U.S.M. Say, claims to have "alerted" about the injury and whom he asked to "offer medical treatment". I know you said he no longer works at B.F.D.F. but he must pay taxes, get a pension or social security, or be locateable through some U.S. of A. data base.

You also claim that most of the inmates I asked about have been "deported or released". I would think that these would, in many cases, be on the probation/parole data base or that they would be on IRS or SSI data bases, or some may be registered under P.R.O.T.E.C.T. or other acts. Since it was the defendant's stall tactics and disregard for the court's discovery orders that has resulted in the difficulty in locating these people, and since the United States likely has their information in its data files, I think the defendants have a responsibility to check there files and provide the info. as directed by the court.

(1)

You also did not respond to the questions regarding the use of court transcripts from my criminal case, from the Roch. and Fort Lauderdale, Fla. District Courts.

You did send **PART** of a B.F.D.F. grievance from 7/20/05, but only part, and that was despite my saying I already had a copy.

You also ask for the origen and dates of the other 'records' I have. This I did in my request to you. It also seems that the U.S., who moved me around, would have a better record of where I was and when. That is why I requested you provide those records I did not have, and provided the best 'guess' as to the dates and facilities involved.

Again, nearly all I have came from A.U.S.A. Taffe but should you want to review or copy what I have please feel free to arrange a legal visit (I can not do this).

Lastly, with regard to the vehicle records, I was told I would be given "every document" regarding the vehicle. However, it seems there should be a SF 126, 'Report of Personal Property for Sale' which should list the options, condition, and new owner (possible witness). Could you please provide a copy?

Thank you

cc. Court

(2)

Donald Anson, 2332-055